IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHAN CHARLES JONES,
Inmate No. 183906,
     Plaintiff,

vs.                                                          Case No.: 3:15cv368/RV/EMT

MARK CRAWFORD,
Assistant Warden, et al.,
     Defendants.
_____/

## **REPORT AND RECOMMENDATION**

     This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated February 8, 2018 (ECF No. 20), Plaintiff was given twenty-one (21) days in which to file notice with the court regarding his intention to file a third amended complaint or whether he would proceed with service of the second amended complaint. Plaintiff was also instructed that it was his responsibility to effect service of process on Defendants.

     On April 30, 2018, after Plaintiff failed to respond to the order, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this

action should not be dismissed for failure to comply with an order of the court (ECF No. 21). The time for compliance with the show cause order has now elapsed without a response from Plaintiff or any other activity in the case.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 22<u>nd</u> day of May 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**